## FOURTH DEPARTMENT, APRIL, 1930.

MARY DORIS KETCHAM, an Infant, etc., Appellant, *v.* FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.

PER CURIAM. The complaint states a cause of action (*Ketcham* v. *Wilbur*, 241 N. Y. 516). Upon the first trial a judgment in favor of plaintiff was reversed on the ground that the verdict was against the weight of the evidence (222 App. Div. 788). A judgment based upon a directed verdict for defendant on the second trial was reversed on the ground that a *prima facie* case had been made out (225 App. Div. 719). On this appeal from the judgment [order setting aside verdict] resulting from the third trial we find sufficient evidence to sustain the verdict. (*McKeon* v. *Van Slyck*, 223 N. Y. 392, 397, 398; *Caldwell* v. *Lucas*, 233 id. 248, 254.) The order appealed from should be reversed on the law and facts and the

* Revd., 254 N. Y. ——.

verdict reinstated, with costs to appellant. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELENA F. COLLINS, Respondent, v. CENTRAL TRUST COMPANY OF ROCHESTER, N. Y., and Another, as Executors, etc., of J. RAYMOND KELLY, Deceased, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.